FILED

2016 Aug-16  PM 02:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **RORY SCALES,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **v.** | ) **CIVIL NO. 1:13-CV-1195-VEH** |
| | ) |
| **TALLADEGA DEPARTMENT OF** | ) |
| **HUMAN RESOURCES, et al.,** | ) |
| | ) |
| **Respondents.** | ) |

## <u>MEMORANDUM OF OPINION</u>

The magistrate judge filed findings and recommendation on July 26, 2016 (doc. 13) recommending that the petition for writ of habeas corpus be dismissed for lack of subject matter jurisdiction. The parties were allowed fourteen days from the entry of the findings and recommendation in which to file objections. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and her recommendation is **ACCEPTED**. Accordingly, the petition for writ of habeas corpus is due to be **DISMISSED** without prejudice for lack of subject matter jurisdiction.  A Final Judgment will be entered.

As to the foregoing it is **SO ORDERED** this the 16th day of August, 2016.

**VIRGINIA EMERSON HOPKINS**
United States District Judge